| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Zainey, Jay C | 2. Court or Organization USDC, Eastern District of La. | 3. Date of Report 05/15/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge - active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 500 Poydras Street C-455 New Orleans, La 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. New Orleans Chapter Board Member | Federal Bar Association |
| 2. Board Member | Magnolia Special Schhol Board |
| 3. Active Participant | God's Special Children |
| 4. Board Member | The Pro Bono Project |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zalney, Jay C | 05/15/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | United States | $ 153,708 |
| 2. 2005 | Berrigan, Litchfield, Schonekas, Mann, Traina & Bolner LLC | $ 16867 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Monroe, Local Bar Association | 1/24-01/24 Monroe LA- Seminar Lecture - Travel |
| 2. New Orleans Bar Association | 03/11-03/13 Point Clear, AL- Seminar Lecture- Travel |
| 3. Louisiana State Bar Association | 06/27-06/30 Las Vegas, NV- Seminar Lecture - Travel |
| 4. Louisiana State Bar Association | 11/18-11/21 New York, NY - Seminar Lecture- Travel |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Chateau Estates Golf & Country Club | Free Membership Dues | $ 2100 |
| 2. Gary Solomon | Saints football tickets | $ 2400 |
| 3. World Trade Center Plimsoll Club | Membership Dues | $ 300 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. JP Morgan | Mortgage - Refinance of Rental Property #2 | M |
| 2. JP Morgan | Line-of-credit- Rental Property #2 | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zainey, Jay C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Metairie, La | E | Rent | N | W | | | | | |
| 2. Rental Property #2, Metairie, La | E | Rent | N | W | | | | | |
| 3. Rental Property #3, Baton Rouge, La | B | Rent | M | R | | | | | See Note in Part VIII |
| 4. JP Morgan Accounts (7) | D | Interest | N | T | | | | | |
| 5. Hibernia Accounts (4) | C | Interest | M | T | | | | | |
| 6. Hibernia Investments LLC | A | Dividend | K | T | | | | | |
| 7. Sun Life Finanacial - Life Insurance Policy #1 | C | Interest | L | T | | | | | |
| 8. Sun Life Financial - Life Insurance Policy #2 | A | Interest | J | T | | | | | |
| 9. Sun Life Financial - Life Insurance Policy #3 | A | Interest | J | T | | | | | |
| 10. MFS/Sun Life Financial - IRA | D | Interest | M | T | | | | | |
| 11. Sun Life Assurance Company - Life Insurance Policy #1 | C | Interest | L | T | | | | | |
| 12. Jackson National Life Ins. - Retirement Annuity #1 | B | Interest | K | T | | | | | |
| 13. Jackson National Life Ins. - Retirement Annuity #2 | A | Interest | K | T | | | | | |
| 14. Jackson National Life Ins. - Retirement Annuity #3 | A | Interest | K | T | | | | | |
| 15. Jackson National Life Ins. - Retirement Annuity #4 | A | Interest | K | T | | | | | |
| 16. Jackson National Life Ins. - Retirement Annuity #5 | A | Interest | K | T | | | | | |
| 17. Jackson National Life Ins. - Retirement Annuity #6 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zalney, Jay C | 05/15/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Jackson National Life Ins. - Retirement Annuity #7 | A | Interest | K | T | | | | | |
| 19. Jackson National Life Ins. - Retirement Annuity #8 | A | Interest | K | T | | | | | |
| 20. Jackson National Life Ins. - Retirement Annuity #9 | A | Interest | J | T | | | | | |
| 21. IRA #1 - State Street Bank and Trust - JP Morgan | A | Interest | K | T | | | | | |
| 22. IRA #2- State Street Bank and Trust - JP Morgan | A | Interest | J | T | | | | | |
| 23. Sun Life Financial - Common Stock | A | Dividend | K | T | | | | | |
| 24. Southwest Airlines - Common Stock | | None | K | T | | | | | |
| 25. Stewart Enterprises - Common Stock | | None | J | T | | | | | |
| 26. Reliance Group Holdings, Inc. - Common Stock | | None | J | T | | | | | |
| 27. United States Antigen Corporation | | None | J | W | | | | | |
| 28. Khoder International Brokerage | | None | J | W | Sell | 12/31 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Zainey, Jay C | 05/15/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, Line 3 - Rental Property #3, Baton Rouge, LA

Purchase date = July 1, 2005
Purchase Price = $169,652

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544